# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Christopher Bailey<br><br>    Plaintiff,<br><br>v.<br><br>Stellar Recovery, Inc.<br><br>    Defendant. | Case No. 1:15-cv-05790<br><br>District Judge: Thomas M. Durkin<br><br>Magistrate Judge: Michael T. Mason<br><br>**PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT** |

Now comes Plaintiff, through counsel, to notify the Court that it has accepted Defendant's Offer of Judgment, Pursuant to Rule 68 of the Federal Rules of Civil Procedure, in the amount of $5,500.00, inclusive of Damages, Attorney Fees and Costs. Defendant has indicated it will make payment on the Judgment within 14 days. Plaintiff intends to file a Satisfaction of Judgment and Notice of Dismissal shortly thereafter.

                                                RESPECTFULLY SUBMITTED,

                                                By: <u>s/ Jeffrey S. Hyslip</u>
                                                Jeffrey S. Hyslip
                                                Hyslip & Taylor, LLC, LPA
                                                1100 W. Cermak Rd., Suite B410
                                                Chicago, IL 60608
                                                Telephone: 312-380-6110
                                                Email: jeffrey@lifetimedebtsolutions.com
                                                Attorney for Plaintiff

Date: August 13, 2015

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2015, I electronically filed the foregoing Notice.

Pursuant by agreement of the Parties, service of this filing will be made by Electronic Mail to:

Benjamin N. Hutnick, Esq.
Berman & Rabin, PA
15280 Metcalf
Overland Park, KS 66223
bhutnick@bermanrabin.com
*Counsel for Defendant*

                                                s/ Jeffrey S. Hyslip