# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Christopher Bailey

                              Plaintiff,

v.                                             Case No.: 1:15−cv−05790
                                               Honorable Thomas M. Durkin

Stellar Recovery, Inc.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 14, 2015:

        MINUTE entry before the Honorable Thomas M. Durkin:Civil case terminated. Pursuant to Plaintiff's notice of acceptance of offer of judgment, judgment is entered in favor of the plaintiff and against defendant in the total sum of $5,500.00, inclusive of Damages, Attorney Fees and Costs. The 9/9/15 status date is vacated. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.